NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAKO-MED USA, INC., HAKO-MED GMBH**
AND **ACHIM HANSJURGENS,**

*Plaintiffs-Appellants,*

**and**

**E-MOS CIVIL UNLIMITED CORPORATION FED REP GERMANY,**

*Plaintiff,*

**v.**

**AXIOM WORLDWIDE, INC., JAMES GIBSON, JR., and NICHOLAS EXARHOS,**

*Defendants.*

---

2010-1421

---

Appeal from the United States District Court for the Middle District of Florida in No. 06-CV-1790, Judge Virginia M. Hernandez Covington.

---

**JUDGMENT**

---

CRAIG MARC RAPPEL, Rappel Health Law Group, PL, of Vero Beach, Florida, argued for plaintiffs-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, CLEVENGER, and Linn, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 11, 2010      /s/ Jan Horbaly
Date                   Jan Horbaly
                       Clerk